IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–33–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARYJANE FLORENCE GALLOWAY, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea.  (Doc. 30.)  Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error.  *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

MaryJane Florence Galloway is charged with one count of conspiracy to possess with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 846 (Count I) and one count of possession with intent to distribute

1

methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count II).  (Doc. 2.)

Judge DeSoto recommends that this Court accept Ms. Galloway's guilty plea as to

Count II after she appeared before her pursuant to Federal Rule of Criminal

Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and

Recommendation and adopts them in full, including the recommendation to defer

acceptance of the Plea Agreement until sentencing when the Court will have

reviewed the Plea Agreement and Presentence Investigation Report.  In light of the

United States' motion for preliminary order of forfeiture (Doc. 31), the Court will

address the issue of forfeiture by separate order.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 30) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Galloway's motion to change plea

(Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that MaryJane Florence Galloway is adjudged

guilty as charged in Count II of the Indictment.

DATED this 22nd day of June, 2022.

Dana L. Christensen, District Judge
United States District Court