IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARYJANE FLORENCE GALLOWAY,<br><br>Defendant. | CR 21–33–BU–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Indictment. (Doc. 46.) The motion states that Ms. Galloway is deceased, and accordingly the United States moves to dismiss the indictment with prejudice pursuant to Fed. R. Crim. P. 48(a). (*Id.* at 1.)

Accordingly, IT IS ORDERED that the motion (Doc. 46) is GRANTED. The indictment against Ms. Galloway is DISMISSED with prejudice.

DATED this 28th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1